UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL JEANMARY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, THE CBE GROUP, INC., and VERIZON WIRELESS, INC.,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-02899-BMC<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph J. Boylan of Jones Day, with offices located at 250 Vesey Street, New York, New York 10281, hereby appears on behalf of defendant Experian Information Solutions, Inc.

I hereby certify that I am admitted to practice before this Court.

Dated: June 2, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ *Joseph J. Boylan*
　　　　　　　　　　　　　　　　　　　　Joseph J. Boylan
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　250 Vesey Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10281
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 326-3928
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 755-7306
　　　　　　　　　　　　　　　　　　　　Email: jboylan@jonesday.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*Experian Information Solutions, Inc.*

**Error! Bookmark not defined.**