**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL JEANMARY,<br><br>                              Plaintiff,<br><br>              v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, THE CBE GROUP, INC., and VERIZON WIRELESS, INC.,<br><br>                    Defendants. | Case No. 1:17-cv-02899-BMC<br><br>ECF Case |

**DISCLOSURE OF CORPORATE INTEREST OF**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc., erroneously sued as "Experian," ("Experian") hereby certifies pursuant to Fed. R. Civ. P. 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.      Parent Companies:  The ultimate parent company of Experian is Experian plc.

2.      Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

        (a)      Central Source LLC

        (b)      Online Data Exchange LLC

        (c)      New Management Services LLC

        (d)      VantageScore Solutions LLC

        (e)      Opt-Out Services LLC

3.      Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.


Dated:  June 2, 2017                            Respectfully submitted,


                                               /s/ *Joseph J. Boylan*
                                               Joseph J. Boylan
                                               JONES DAY
                                               250 Vesey Street
                                               New York, New York 10281
                                               Telephone: (212) 326-3928
                                               Facsimile: (212) 755-7306
                                               Email: jboylan@jonesday.com

                                               *Attorney for Defendant*
                                               *Experian Information Solutions, Inc.*