# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3928
jboylan@jonesday.com

June 2, 2017

<u>VIA ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Michael Jeanmary v. Experian Information Solutions, Inc., et al.*,
               <u>Case No. 1:17-cv-2899-BMC (E.D.N.Y.)</u>

Dear Judge Cogan:

    We represent Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter. Experian hereby respectfully requests an extension of time to answer, move or otherwise respond to the complaint to June 25, 2017. The Court has scheduled the initial status conference for June 26, 2017.

    Experian's current deadline to respond to the complaint is June 5, 2017. Experian is requesting this extension to ensure that it has adequate time to obtain initial documents related to Plaintiff's credit file. These documents are necessary for Experian to investigate and substantively respond to the allegations in the complaint. There have been no prior requests for extension and Plaintiff consents to this request.

                                              Respectfully submitted,

                                              */s/ Joseph J. Boylan*
                                              Joseph J. Boylan

cc:    All counsel of record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON