**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY & CA)　　　　　　　　　　　26 Broadway, 21st Floor
Jonathan R. Miller, Associate (Admitted in NY, MO & NC)　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　  (212) 248-7908

June 18, 2017

<u>Via ECF</u>
Honorable Brian M. Cogan, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:　*Jeanmary v. Experian Information Services, Inc., et al.*
　　　EDNY Case No. 17-CV-2899 (BMC)

Dear Judge Cogan:

My office represents the plaintiff, Michael Jeanmary, in the above-referenced action.

I am writing to request a two-week adjournment of the initial conference scheduled for June 26, 2017. I am making this request because I have been attending to a family medical emergency this past week and I am going to have to take additional time off this week and next week to assist.

I have consulted with defense counsel and all parties consent to the adjournment. All parties are available on July 11 or 12, 2017.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:　All counsel of record (Via ECF)
　　　Christopher A. Ferguson, Esq. (Via Email: cferguson@schuckitlaw.com)