UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| MICHAEL JEANMARY,<br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; THE CBE GROUP, INC.; and VERIZON WIRELESS, INC.;<br>    Defendants. | CASE NO. 1:17-cv-02899-BMC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY |

Plaintiff Michael Jeanmary ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 9/28/17

Respectfully submitted,

[signature]

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY  10004
Telephone:  (212) 248-7906
Fax:  (212) 248-7908
E-Mail:  brian@brianbomberg.com

*Counsel for Plaintiff Michael Jeanmary*

Date: 10/12/17

Camille R. Nicodemus, Esq. (NY# 2807451)
Heather M. Shumaker, Esq. (IN #28340-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: cnicodemus@schuckitlaw.com
        hshumaker@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 12TH day of October, 2017. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Brian L. Bromberg, Esq. brian@brianbromberg.com | Joseph James Boylan, Esq. jboylan@jonesday.com |
|---|---|
| Steven M. Richman, Esq. srichman@clarkhill.com | Richard J. Perr, Esq. rperr@finemanlawfirm.com |
| Michael James Prisco, Esq. mprisco@mcp-esqs.com | Monica L. Littman, Esq. mlittman@finemanlafirm.com |
| Nola R. Bencze, Esq. nbencze@clarkhill.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 12TH day of October, 2017, properly addressed as follows:

| None. | |
|---|---|

/s/ 
Camille R. Nicodemus, Esq. (NY# 2807451)
Heather M. Shumaker, Esq. (IN #28340-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: cnicodemus@schuckitlaw.com
    hshumaker@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*