## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| MICHAEL JEANMARY,<br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; THE CBE GROUP, INC.; and VERIZON WIRELESS, INC.;<br>    Defendants. | CASE NO. 1:17-cv-02899-BMC<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Michael Jeanmary, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Michael Jeanmary against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Michael Jeanmary and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  October 12, 2017

_____
JUDGE, United States District Court,
Eastern District of New York

DISTRIBUTION TO:

| | |
|---|---|
| Brian L. Bromberg, Esq._<br>brian@brianbromberg.com | Joseph James Boylan, Esq.<br>jboylan@jonesday.com |
| Steven M. Richman, Esq.<br>srichman@clarkhill.com | Richard J. Perr, Esq.<br>rperr@finemanlawfirm.com |
| Michael James Prisco, Esq.<br>mprisco@mcp-esqs.com | Monica L. Littman, Esq.<br>mlittman@finemanlafirm.com |
| Nola R. Bencze, Esq.<br>nbencze@clarkhill.com | Camille R. Nicodemus, Esq.<br>cnicodemus@schuckitlaw.com |
| Heather M. Shumaker, Esq.<br>hshumaker@schuckitlaw.com | |